### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **LARGAN PRECISION CO., LTD.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**ABILITY OPTO-ELECTRONICS TECHNOLOGY CO., LTD., ET AL.,**<br><br>*Defendants.* | Case No. 4:19-cv-00696-ALM |

### JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Patent Rule 4-3, the Amended Scheduling Order dated March 27, 2020 (Dkt. #80) (the "Scheduling Order"), Plaintiff Largan Precision Co., Ltd. (Largan) and Defendants Ability Opto-Electronics Technology Co., Ltd., HP Inc., and Newmax Technology Co., Ltd. (collectively, "Defendants") (all parties, collectively, the "Parties"), respectfully submit this Joint Claim Construction and Prehearing Statement.

### I.    AGREED CLAIM CONSTRUCTIONS

Pursuant to Local Patent Rule 4-3(a)(1), the Parties state that, since the Local Patent Rule 4-2(a) Exchange of Preliminary Claim Constructions and Extrinsic Evidence, they have agreed to the construction of the claim term "central thickness," which appears in claim 1 of United States Patent No. 9,146,378, as "the thickness of a lens as measured at its optical axis." This leaves three disputed terms for construction.

## II. PROPOSED CONSTRUCTIONS AND INDEFINITENESS POSITIONS AND IDENTIFICATION OF INTRINSIC AND EXTRINSIC EVIDENCE

Pursuant to Local Patent Rule 4-3(a)(2), attached hereto as **Exhibit A** are Largan's proposed claim constructions and corresponding identification of references to intrinsic and extrinsic evidence.

Pursuant to Local Patent Rule 4-3(a)(2), attached hereto as **Exhibit B** are Defendants' proposed claim constructions and corresponding identification of references to intrinsic and extrinsic evidence.

## III. ANTICIPATED LENGTH OF HEARING

Pursuant to Local Patent Rule 4-3(a)(3), the Parties anticipate that the claim-construction hearing will require two (2) hours. This is down from the parties' previous estimate of three (3) hours,[1] and results from the parties' narrowing of disputed claim terms through the Local Patent Rule process.

## IV. WITNESSES

Pursuant to the Local Patent Rule 4-3(a)(4), the Parties do not intend to call live witnesses at the claim-construction hearing.

## V. PREHEARING CONFERENCE

Pursuant to Local Patent Rule 4-3(a)(5), the Parties do not believe that a prehearing conference is necessary.

## VI. CLAIM CONSTRUCTION BRIEF PAGE LIMITS

The Parties agree that for this particular case, (1) Largan be allotted a total of thirty (30) pages for its opening and reply claim construction briefs, with Largan deciding how many of these

---

[1] Dkt. #64, at 10.b.6.

total pages it will use in its opening brief and in its reply brief, and (2) Defendants will similarly be allotted thirty (30) pages for their responsive claim construction brief, resulting in an equal number of total pages for each side for claim construction briefing.

Dated: July 13, 2020                                    Respectfully submitted,

/s/ R. William Sigler
Alan M. Fisch
Lead Attorney
D.C. Bar No. 453968
*alan.fisch@fischllp.com*
R. William Sigler (*pro hac vice*)
D.C. Bar No. 490957
*bill.sigler@fischllp.com*
Lisa Phillips (*pro hac vice*)
D.C. Bar No. 485943
*lisa.phillips@fischllp.com*
Adam A. Allgood
Texas Bar No. 24059403
*adam.allgood@fischllp.com*
Matthew R. Benner (*pro hac vice*)
D.C. Bar No. 219421
*matthew.benner@fischllp.com*
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
202.362.3500

Ken K. Fung (*pro hac vice*)
California Bar No. 283854
*ken.fung@fischllp.com*
FISCH SIGLER LLP
400 Concar Drive
San Mateo, CA 94402
650.362.8200

*Attorneys for Plaintiff*
*Largan Precision Co., Ltd.*

*/s/ Keith B. Davis*
Keith B. Davis
Lead Attorney
Texas State Bar No. 24037895
kbdavis@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
William E. Devitt
Illinois State Bar No. 6229133
wdevitt@jonesday.com
JONES DAY
77 W. Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 269-4240
Facsimile: (312) 782-8585

*Attorneys for Defendant*
*ABILITY OPTO- ELECTRONICS*
*TECHNOLOGY CO., LTD.*


FISH & RICHARDSON P.C.

By: */s/ David M. Hoffman*
David M. Hoffman
Texas Bar No. 24046084
hoffman@fr.com
111 Congress Avenue, Suite 810
Austin, TX 78701
Tel: (512) 472-5070
Fax: (512) 320-8935

LAW OFFICES OF S.J. CHRISTINE YANG

Christine Yang (admitted *pro hac vice*)
chrisyang@sjclawpc.com
17220 Newhope Street, Suite 101
Fountain Valley, CA 92708
Tel: (714) 641-4022
Fax: (714) 641-2082

Counsel for Defendant,
NEWMAX TECHNOLOGY CO. LTD.


*/s/ Brandon H. Stroy*
Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670

Telephone: 903.934.8450
Facsimile: 903.934.9257
Email: melissa@gillamsmithlaw.com

***One of the Attorneys for Defendant HP Inc.***

OF COUNSEL:
Sasha G. Rao
Brandon H. Stroy
MAYNARD COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: 415.646.4702
Facsimile: 205.254.1999
Email: srao@maynardcooper.com
Email: bstroy@maynardcooper.com

***Attorneys for Defendant HP Inc.***

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 13, 2020, I caused the foregoing document to be served *via* the Court's CM/ECF system on all counsel of record per Local Rule CV-5(a)(3).

Date: July 13, 2020             */s/ R. William Sigler*
                      R. William Sigler