Adam A. Allgood (SBN: 295016)
adam.allgood@fischllp.com
FISCH SIGLER LLP
5301 Wisconsin Avenue NW
Fourth Floor
Washington, DC 20015
Tel: 202.362.3500
Fax: 202.362.3501

*Counsel for Plaintiff*
*Largan Precision Co., Ltd.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Largan Precision Co., Ltd., <br><br>   Plaintiff, <br><br>   v. <br><br> Ability Opto-Electronics Technology Co., Ltd. et al., <br><br>   Defendant. | Case 3:20-cv-06607-JD <br><br> **NOTICE OF APPEARANCE OF ADAM A. ALLGOOD** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Adam A. Allgood hereby enters his appearance on behalf of Plaintiff LARGAN PRECISION CO., LTD. in the above captioned action.

Counsel is a member of the State Bar of California and has been admitted to practice before this Court. His mailing and email address and telephone numbers are:

> Adam A. Allgood
> FISCH SIGLER LLP
> 5301 Wisconsin Avenue NW
> Fourth Floor
> Washington, DC 20015
> Tel: 202.362.3500
> Email: adam.allgood@fischllp.com

Counsel respectfully requests that he be served with all future filings in this action.

Respectfully submitted,

Date: December 17, 2020

By: /s/ *Adam A. Allgood*
    Adam A. Allgood (SBN: 295016)
    *adam.allgood@fischllp.com*
    FISCH SIGLER LLP
    5301 Wisconsin Avenue NW
    Fourth Floor
    Washington, DC 20015
    Tel: 202.362.3536
    Fax: 202.362.3501

    *Counsel for Plaintiff*
    *Largan Precision Co., Ltd.*