UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARGAN PRECISION CO., LTD.,<br><br>      Plaintiff,<br><br>   v.<br><br>ABILITY OPTO-ELECTRONICS TECHNOLOGY CO., LTD.; AND HP INC.,<br><br>      Defendants. | Case No. 3:20-cv-06607-JD<br><br>[PROPOSED] **ORDER GRANTING MOTION FOR ISSUANCE OF LETTERS ROGATORY** |

The Court has reviewed the proposed letters rogatory and the addenda identifying the discovery sought, and for good cause shown, the Court **GRANTS** the motion for issuance of letters rogatory. A final version with the Court's seal is attached as Exhibit 1, and the Court orders entry of the letter in the docket.

**IT IS SO ORDERED.**

Dated: 1/20/2021

_____
JAMES DONATO
United States District Judge