| | |
|---|---|
| Alan M. Fisch (*pro hac vice*) | Sasha G. Rao |
| alan.fisch@fischllp.com | srao@maynardcooper.com |
| R. William Sigler (*pro hac vice*) | Brandon H. Stroy |
| bill.sigler@fischllp.com | bstroy@maynardcooper.com |
| Jeffrey M. Saltman (*pro hac vice*) | MAYNARD COOPER & GALE, LLP |
| jeffrey.saltman@fischllp.com | 600 Montgomery Street, Suite 2600 |
| Lisa Phillips (*pro hac vice*) | San Francisco, CA 94111 |
| lisa.phillips@fischllp.com | Tel: 415.646.4702 |
| Adam A. Allgood (SBN:295016) | Fax: 205.254.1999 |
| adam.allgood@fischllp.com | |
| Matthew R. Benner (*pro hac vice*) | *Attorneys for Defendant, HP Inc.* |
| matthew.benner@fischllp.com | |
| FISCH SIGLER LLP | |
| 5301 Wisconsin Avenue NW | |
| Fourth Floor | |
| Washington, DC 20015 | |
| Tel: 202.362.3500 | |
| Fax: 202.362.3501 | |
| | |
| Ken K. Fung (SBN: 283854) | |
| ken.fung@fischllp.com | |
| FISCH SIGLER LLP | |
| 400 Concar Drive | |
| San Mateo, CA 94402 | |
| Tel: 650.362.8200 | |
| Fax: 202.362.3501 | |

*Attorneys for Plaintiff,*
*Largan Precision Co., Ltd.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LARGAN PRECISION CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ABILITY OPTO-ELECTRONICS TECHNOLOGY CO., LTD. AND HP INC.,<br><br>Defendants. | CASE NO. 3:20-cv-06607-JD<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER OF DISMISSAL** |

Plaintiff Largan Precision Co., Ltd. ("Largan") and Defendant HP Inc. ("HP") have agreed to dismiss the claims and causes of action between them in this action.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, Largan and HP stipulate that all claims asserted by Largan against HP in the above-captioned case and all affirmative defenses asserted by HP against Largan in the above-captioned case be dismissed with prejudice. Largan and HP further stipulate that each party shall bear its own costs and fees.

1  IT IS SO STIPULATED.

2                                              Respectfully submitted,

3

4  Dated:  April 13, 2021            By:   /s/ *Alan M. Fisch*
                                           Alan M. Fisch (*pro hac vice*)
5                                          alan.fisch@fischllp.com
                                           R. William Sigler (*pro hac vice*)
6                                          bill.sigler@fischllp.com
                                           Jeffrey M. Saltman (*pro hac vice*)
7                                          jeffrey.saltman@fischllp.com
                                           Lisa Phillips (*pro hac vice*)
8                                          lisa.phillips@fischllp.com
                                           Adam A. Allgood (SBN:295016)
9                                          adam.allgood@fischllp.com
                                           Matthew R. Benner (*pro hac vice*)
10                                         matthew.benner@fischllp.com
                                           FISCH SIGLER LLP
11                                         5301 Wisconsin Avenue NW
                                           Fourth Floor
12                                         Washington, DC 20015
                                           Tel: 202.362.3500
13                                         Fax: 202.362.3501
14
15                                         Ken K. Fung (SBN: 283854)
                                           ken.fung@fischllp.com
16                                         FISCH SIGLER LLP
                                           400 Concar Drive
17                                         San Mateo, CA 94402
                                           Tel: 650.362.8200
18                                         Fax: 202.362.3501
19
20                                         *Attorneys for Plaintiff,*
                                           *Largan Precision Co., Ltd.*
21
22
23
24
25
26
27
28

                                           -3-

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL          CASE NO. 3:20-CV-006607-JD

| | |
|---|---|
| Dated:  April 13, 2021 | By:  /s/ *Sasha G. Rao*<br>Sasha G. Rao<br>*srao@maynardcooper.com*<br>Brandon H. Stroy<br>*bstroy@maynardcooper.com*<br>MAYNARD COOPER & GALE, LLP<br>600 Montgomery Street, Suite 2600<br>San Francisco, CA 94111<br>Tel: 415.646.4702<br>Fax: 205.254.1999<br><br>*Attorneys for Defendant, HP Inc.* |

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, Alan M. Fisch, hereby attest that the concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures.

DATED: April 13, 2021   /s/ *Alan M. Fisch*
Alan M. Fisch

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT ALL CLAIMS ASSERTED BY LARGAN PRECISION CO., LTD ("LARGAN") AGAINST HP INC. ("HP") AND ALL AFFIRMATIVE DEFENSES ASSERTED BY HP AGAINST LARGAN IN THE ABOVE CAPTIONED CASE BE DISMISSED WITH PREJUDICE. EACH PARTY SHALL BEAR ITS OWN COSTS AND FEES.**

DATED: April 15, 2021   _____
Hon. James Donato
United States District Judge

*[Signature: Judge James Donato, United States District Court, Northern District of California]*